# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 19, 2014

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

    Re:  Michael Manning
          v. United States
          No. 13-10625
          (Your No. 13-1016)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on May 19, 2014 and placed on the docket June 19, 2014 as No. 13-10625.

    Sincerely,

    **Scott S. Harris**, Clerk

    by

    Andrew Downs
    Case Analyst

# United States Court of Appeals
## For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 23, 2014

Mr. James G. Woodward
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

RE:  13-1016  United States v. Michael Manning

Dear Clerk:

Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

Michael E. Gans
Clerk of Court

RLP

Enclosure(s)

District Court/Agency Case Number(s):   4:12-cr-00103-CEJ-1